United States District Court

Eastern District of California

Lee Clarke,

      Petitioner,                  No. Civ. S 05-2073 LKK PAN P

  vs.                             Order

The People of Shasta County,

      Respondent.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1     Within 30 days from the day this order is signed petitioner
2 may submit either the filing fee or the application required by
3 section 1915(a).  The clerk of the court is directed to mail to
4 petitioner a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7     So ordered.
8     Dated:  October 18, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge