United States District Court

Eastern District of California

Lee Clarke,

      Petitioner,                      No. Civ. S 05-2073 LKK PAN P

  vs.                              Findings and Recommendations

Shasta County,

      Respondent.

-oOo-

    Petitioner, a state prisoner, has filed a habeas petition that purports to "remove" state criminal cases to federal court. He does not identify any conviction he wishes to challenge, much less that he has presented claimed constitutional violations to the state courts.

    Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, provides "[i]f it plainly appears from the face of the petition . . . that petitioner is not entitled to relief in the district court, the judge shall make an order for

its summary dismissal . . . ." The petition plainly reveals petitioner is not entitled to relief.

Accordingly, the court hereby recommends this action be dismissed as failing to state a claim in habeas.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: December 27, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge