United States District Court

Eastern District of California

Lee Clarke,

    Petitioner,　　　　　　　　　　No. Civ. S 05-2073 LKK PAN P

  vs.　　　　　　　　　　　　　　　Order

Shasta County,

    Respondent.

-oOo-

January 25, 2006, petitioner filed a document the court construes as a request for an extension of time to object to December 28, 2005, findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: January 26, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge