IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE CLARKE,

    Petitioner,               No. CIV S-05-2073 LKK PAN P

    vs.

SHASTA COUNTY,

    Respondent.             <u>ORDER</u>

_____/

        The court issued findings and recommendations on June 1, 2006, recommending dismissal of this action due to plaintiff's failure to amend his petition.  Petitioner has filed two letters and it appears that his address of record has changed from High Desert State Prison in Susanville to the California Institution for Men in Chino.  Good cause appearing, the Clerk of the Court will be directed to send to petitioner at his new address of record a copy of the court's order filed April 19, 2006, and the court's findings and recommendations filed June 1, 2006.  The findings and recommendations will be vacated, and petitioner will be granted one period of twenty days in which to file an amended petition.  If the amended petition is not filed within the twenty day period, the findings and recommendations will be reissued.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 1, 2006 are vacated.

/////

/////

1

2. The Clerk of the Court is directed to send to petitioner a copy of the court's order filed April 19, 2006, and a copy of the court's findings and recommendations filed June 1, 2006.

3. Petitioner is granted twenty days in which to file an amended petition. Failure to comply with this order will result in reissuance of the court's findings and recommendations.

DATED: August 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
clar2073.o