IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE CLARKE,

    Petitioner,                      No. CIV S-05-2073 LKK PAN (JFM) P

    vs.

SHASTA COUNTY,

    Respondent.                   FINDINGS & RECOMMENDATIONS

_____/

        By order filed April 19, 2006, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. Upon expiration of that time period, on June 1, 2006, the court issued findings and recommendations recommending the action be dismissed for plaintiff's failure to file an amended petition. By order filed August 8, 2006, the court vacated the pending findings and recommendations and granted petitioner one final extension of twenty days to file an amended petition. The twenty-day period has now expired, and petitioner has once again failed to file an amended application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
6  failure to file objections within the specified time may waive the right to appeal the District
7  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: September 25, 2006.

UNITED STATES MAGISTRATE JUDGE

14
clar2073.fta