IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE CLARKE,

      Petitioner,                      No. CIV S-05-2073 LKK EFB P

     vs.

SHASTA COUNTY

      Respondents.                 <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, seeks to appeal this court's November 20, 2006, dismissal of his application for a writ of habeas corpus because he failed to file an amended petition. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R.App. P. 22(b).

     Petitioner's request, filed nearly eight months after entry of judgment, is untimely. <u>See</u> Fed. R. App. P. 4(a)(1)(A). Additionally, in cases where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural

1 ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
2 claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th
3 Cir.2000) (quoting Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether petitioner had timely filed the habeas petition. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: December 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT