IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE CLARKE,

        Petitioner,                  No. CIV S-05-2073 LKK EFB P

       vs.

SHASTA COUNTY,

        Respondents.            <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 19, 2006, the court dismissed both the complaint and the petition filed in this case with instructions to file an amended petition. Petitioner did not do so, and on June 1, 2006, the magistrate judge filed a recommendation that petitioner the action be dismissed. On August 8, 2006, those findings and recommendations were vacated based on petitioner's recent change of address. Petitioner was ordered to file an amended petition within 20 days. Petitioner again failed to do so and on September 26, 2006, the magistrate judge again filed findings and recommendations recommending dismissal for failure to file an amended petition. On November 20, 2006, the undersigned adopted those findings and recommendations and ordered the case dismissed. Nearly one year later on August 27, 2007, petitioner filed a request for relief from

1

1  default.

2      Rule 60 of the Federal Rules of Civil Procedure state that relief from a judgment or order

3  may be had due to clerical mistakes or inadvertence, excusable neglect, newly discovered

4  evidence, fraud, the voiding or satisfying of the judgment, or any other reason justifying relief

5  from the operation of the judgment.  Petitioner does not allege any of these bases for relief in his

6  request.  Petitioner merely argues that his legal paperwork was seized three times and because

7  the law library's "inept copying procedure and manual rewrite obligations being physically and

8  psychologically exhaustive," and as such his response to the court order "was secondary to

9  survival."  The court finds this argument to be unpersuasive.

10      Accordingly, IT IS HEREBY ORDERED that petitioner's August 27, 2007, application

11  for relief from default is denied.

12  Dated: February 15, 2008.

13

14  _____
    LAWRENCE K. KARLTON
15  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26